1 DANIEL J. BRODERICK, #89424
Federal Defender
2 ANN H. VORIS, Bar #100433
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO GODOY-ROBLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  FRANCISCO GODOY-ROBLES,  Defendant. | NO. 1:09-cr-0323 LJO  STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER  Date: November 20, 2009  Time: 9:00 a.m.  Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 6, 2009, **may be continued to November 20, 2009, at 9:00 A.M.**

This reason for the continuance is because counsel reviewed the offer with Mr. Godoy-Robles on November 3, 2009, however, defendant requested continued negotiation, which was attempted. Counsel did not have an opportunity to return to review the same offer again. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                   LAWRENCE BROWN
                   United States Attorney

DATED: November 5, 2009      By: /s/ *Ian Garriques*
                      IAN GARRIQUES
                      Assistant United States Attorney
                      Attorney for Plaintiff

                   DANIEL J. BRODERICK
                   Federal Defender

DATED: November 5, 2009      By: /s/ *Ann H. Voris*
                      ANN H. VORIS
                      Assistant Federal Defender
                      Attorney for Defendant
                      Francisco Godoy-Robles

The stipulation for a brief continuance is granted, with good cause stated for further additional negotiation, and the time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: November 5, 2009**      /s/ **Lawrence J. O'Neill**
                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order       -2-